DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SENTECH EAS CORPORATION,**
Appellant,

v.

**SAUL POZENSKY,**
Appellee.

No. 4D17-2288

[May 17, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Anne McCarthy, Judge; L.T. Case No. CACE-16-013162.

Daniel M. Schwarz of Cole, Scott & Kissane, P.A., Plantation, for appellant.

Jason Ari Smith and Michael P. Hamaway of Mombach, Boyle, Hardin & Simmons, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and KLINGENSMITH, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***